# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| ENTERPRISE BANK AND TRUST | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:20-cv-00278 |
| | ) | |
| JOHN C. BOVAY, TRUSTEE OF THE CONFEDERATE TRUST DATED MARCH 19, 2008, and JACKSON C. MAY, | ) ) ) ) | |
| Defendants. | ) | |

## MEMORANDUM REQUESTING ISSUANCE OF ALIAS SUMMONS

Plaintiff Enterprise Bank and Trust ("Enterprise"), hereby request the issuance of an alias summons to Jackson C. May ("May"). The initial summons issued to May in this case has been returned unexecuted because the address does not exist. Counsel for Enterprise has located a new address for May and requests the court to issue the alias summons attached hereto as **Exhibit A** with the new address information included.

Respectfully Submitted,

*/s/  Peter L. Riggs*
Nathan A. Orr
Missouri Bar # 49836
Peter L. Riggs
Missouri Bar #57268
Spencer Fane LLP
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
Telephone:  816-474-8100
Facsimile:  816-474-3216
norr@spencerfane.com
priggs@spencerfane.com

*Attorneys for Plaintiff Enterprise Bank & Trust*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 5th day of March, 2020, I electronically filed the foregoing through the Court's CM/ECF system which will send notifications to all counsel of record. .

                                       /s/ *Peter L. Riggs*_____
                                       *Attorney for Plaintiff Enterprise Bank & Trust*