UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ENTERPRISE BANK AND TRUST, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | No. 4:20CV00278 JCH |
| | ) | |
| JOHN C. BOVAY, Trustee of the | ) | |
| Confederate Trust dated March 19, 2018, | ) | |
| and JACKSON C. MAY, | ) | |
| | ) | |
| Defendant(s) | ) | |

## CLERK'S ENTRY OF DEFAULT

This matter is before the Clerk of Court on Plaintiff's Motion for Entry of Clerk's Default against Defendant John C. Bovay, Trustee of the Confederate Trust dated March 19, 2018 [ECF No. 10] pursuant to Fed.R.Civ.P. 55(a).  The record reflects service of summons and the complaint upon defendant on March 11, 2020.  Defendant has failed to file an answer or other responsive pleading within the time required by Fed.R.Civ.P. 12.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Entry of Clerk's Default against Defendant John C. Bovay, Trustee of the Confederate Trust dated March 19, 2018 [ECF No. 10] is GRANTED and the default of said defendant is hereby entered.

Dated this 26th day of May, 2020.

_/s/ Lori Miller Young_
Lori Miller Young
Chief Deputy Clerk