**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ENTERPRISE BANK AND TRUST | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:20-cv-00278-JCH |
| | ) | |
| JOHN C. BOVAY, TRUSTEE OF THE CONFEDERATE TRUST DATED MARCH 19, 2008, and JACKSON C. MAY, | ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COMES NOW Plaintiff Enterprise Bank and Trust ("Enterprise") and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses Defendant John C. Bovay, Trustee of the Confederate Trust Dated March 19, 2008 ("Bovay") from this action, without prejudice. This notice does not apply to Defendant Jackson C. May, who shall remain a party hereto.

Respectfully Submitted,

*/s/  Peter L. Riggs*
Nathan A. Orr
Missouri Bar # 49836
Peter L. Riggs
Missouri Bar #57268
Spencer Fane LLP
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
Telephone:  816-474-8100
Facsimile:  816-474-3216
norr@spencerfane.com
priggs@spencerfane.com

*Attorneys for Plaintiff Enterprise Bank & Trust*

2

**Certificate of Service**

    I hereby certify that on this 26th day of May, 2020, I electronically filed the foregoing through the Court's CM/ECF system which will send notifications to all counsel of record.  I further certify that a true and correct copy of the foregoing was sent via U.S. Mail as follows:

Mr. John C. Bovay
2805 Forge Road
Glasgow, VA 24555

John S. Winnie, Esq.
Winnie & Winnie Attorneys, P.A.
3011 SW 70th Lane
Gainesville, FL 32608

Zachary Merkle
600 Washington Avenue
15th Floor
St Louis, MO 63101

Jackson C. May
2045 SW 63rd Ave.
Gainesville, FL 32608

                                              */s/ Peter L. Riggs*_____
                                              *Attorney for Plaintiff Enterprise Bank & Trust*

WA 14800433.1