## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| ENTERPRISE BANK AND TRUST | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:20-cv-00278 |
| | ) | |
| JOHN C. BOVAY, TRUSTEE OF THE CONFEDERATE TRUST DATED MARCH 19, 2008, and JACKSON C. MAY, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

### MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANT JACKSON MAY AND LEAVE TO SERVE BY ALTERNATIVE MEANS

Plaintiff Enterprise Bank & Trust ("Enterprise Bank") moves the Court for an order granting an extension of time to serve Defendant Jackson May ("May") with the complaint and summons in the above-captioned litigation and for leave to serve May by alternative means— namely by certified mail. Enterprise Bank has gone to great lengths serve May only to have Mr. May evade service, both in person and through his attorneys, and, in the process, thwart the administration of justice. Thus, despite diligent efforts, Enterprise Bank has been unable to effect service on Mr. May to date.

For the reasons set forth in the accompanying Memorandum in Support, Enterprise Bank respectfully requests,

(1) That the Court grant an extension of time under Federal Rule of Civil Procedure 4(m) for which to serve May up to and including August 1, 2020;

(2) That the Court permit Enterprise to serve May utilizing an alternative service in the form of mailing the Summons by certified mail with return receipt requested to May at the following address: 2045 SW 63rd Ave Gainsville, FL 3260;

(3) The Court award Enterprise its fees and costs incurred in serving May pursuant to Federal Rule of Civil Procedure 4(d)(2); and

(4) All other relief the Court deems just in the premises.

    Respectfully Submitted,

    /s/ Peter L. Riggs
    Nathan A. Orr
    Missouri Bar # 49836
    Peter L. Riggs
    Missouri Bar #57268
    Carly D. Duvall
    Missouri Bar # 61925
    Spencer Fane LLP
    1000 Walnut Street, Suite 1400
    Kansas City, MO 64106
    Telephone: 816-474-8100
    Facsimile: 816-474-3216
    norr@spencerfane.com
    priggs@spencerfane.com
    cduvall@spencerfane.com

    Attorneys for Plaintiff Enterprise Bank & Trust

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 9th day of June, 2020, I electronically filed the foregoing through the Court's CM/ECF system which will send notifications to all counsel of record. I further certify that a true and correct copy of the foregoing was sent via U.S. Mail as follows:

Mr. John C. Bovay
2805 Forge Road
Glasgow, VA 24555

John S. Winnie, Esq.
Winnie & Winnie Attorneys, P.A.
3011 SW 70th Lane
Gainesville, FL 32608

Zachary Merkle
600 Washington Avenue
15th Floor
St Louis, MO 63101

Jackson C. May
2045 SW 63rd Ave.
Gainesville, FL 32608

                                                  */s/ Peter L. Riggs* _____
                                                  Attorney for Plaintiff
                                                  Enterprise Bank & Trust