## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### Eastern District of Missouri

Case Number: 4:20-CV-00278

Plaintiff/Petitioner:
**ENTERPRISE BANK AND TRUST**
vs.
Defendant/Respondent:
**JOHN C. BOVAY, TRUSTEE, et al.**

Received by HPS Process Service & Investigations to be served on **Jackson C. May, 2045 Southwest 63rd Avenue, Gainesville, FL 32608.** I, _Steve___Lehr_____, do hereby affirm that on the _11_ day of _March___, 20_20_ at _12_ :_20p_ .m., executed service by delivering a true copy of the Alias Summons in a Civil Action and Complaint in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the above-named person.

( ) SUBSTITUTE RESIDENTIAL SERVICE: By delivering the service package to
_____, as _____, at the above-named person's dwelling place or usual place of abode.

( ) OTHER SERVICE: As described in the Comments below.

(X) NON SERVICE: For the reason detailed in the Comments below.

( ) MILITARY SERVICE: ( )YES _____ BRANCH   ( ) NO

**COMMENTS:** _Service was attempted on the following dates and times but I was unable to gain access to the property due to a padlocked gate. The residence is not visible from the gate. 3/10/20 at 11:00am, 3/13/20 at 6:45pm, Saturday 3/14/20 at 8:30am and Saturday 3/14/20 at 12:10 pm._

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

PROCESS SERVER # _____
Appointed in accordance with State Statutes

**HPS Process Service & Investigations**
**www.hpsprocess.com**
**1669 Jefferson**
**Kansas City, MO 64108**
**(800) 796-9559**

Our Job Serial Number: 2020005249

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c