# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| ENTERPRISE BANK AND TRUST ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:20-cv-00278 |
| ) | |
| JOHN C. BOVAY, TRUSTEE OF THE ) | |
| CONFEDERATE TRUST DATED ) | |
| MARCH 19, 2008, and ) | |
| JACKSON C. MAY, ) | |
| Defendants. ) | |

## NOTICE OF SERVICE BY ALTERNATIVE MEANS

Plaintiff Enterprise Bank & Trust ("Enterprise Bank"), hereby provides notice that pursuant to the Court's order dated June 10, 2020 (Dkt. No. 18), which allowed for alternative service on Defendant Jackson May ("May") by mailing the Summons to May by certified mail with return receipt requested, that on the 10th day of June, 2020, undersigned counsel for Enterprise Bank caused the Petition and Summons to be mailed by the United States Postal Service via Certified Mail, return receipt requested, to Jackson C. May at 2045 SW 63rd Ave., Gainesville, FL 32608.  A copy of the Certified Mail receipt evidencing mailing is attached hereto as Exhibit A.

Enterprise Bank will make a separate application for its fees and costs incurred in serving May pursuant to Federal Rule of Civil Procedure 4(d)(2).

Respectfully submitted,

SPENCER FANE LLP

*/s/  Peter L. Riggs*
Nathan A. Orr
Missouri Bar # 49836
Peter L. Riggs
Missouri Bar #57268
Carly D. Duvall
Missouri Bar # 61925
Spencer Fane LLP
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
Telephone:  816-474-8100
Facsimile:  816-474-3216
norr@spencerfane.com
priggs@spencerfane.com
cduvall@spencerfane.com
*Attorneys for Plaintiff Enterprise Bank & Trust*

EXHIBIT A



## AFFIDAVIT OF COUNSEL

STATE OF MISSOURI   )
                    )
COUNTY OF JACKSON   )

I, Peter L. Riggs, swear or affirm that the foregoing Notice of Service Pursuant to Court's Order Dated June 10, 2020 Allowing for Service by Alternative Means Return of Non-Service of Summons, and Exhibit A thereto, are true and correct.

Executed on July 8, 2020

_____
Peter L. Riggs

Subscribed and sworn to before the undersigned on the 8th day of July, 2020.

_____
Notary Public

My Appointment Expires:

**KAREN S. DONALDSON**
Notary Public - Notary Seal
STATE OF MISSOURI
Clay County
My Commission Expires: 6/15/2022
Commission # 14468076

14898253v.1

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 8th day of July, 2020, I electronically filed the foregoing through the Court's CM/ECF system which will send notifications to all counsel of record.  I further certify that a true and correct copy of the foregoing was sent via U.S. Mail as follows:

Mr. John C. Bovay
2805 Forge Road
Glasgow, VA 24555

John S. Winnie, Esq.
Winnie & Winnie Attorneys, P.A.
3011 SW 70th Lane
Gainesville, FL 32608

Zachary Merkle
600 Washington Avenue
15th Floor
St Louis, MO 63101

Jackson C. May
2045 SW 63rd Ave.
Gainesville, FL 32608

                                              */s/ Peter L. Riggs*
                                            Attorney for Plaintiff Enterprise Bank & Trust