ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE CO...

# USPS Tracking®

FAQs  〉

## Track Another Package  ✛

**Tracking Number:** 70190700000226764342

Remove ✕

Your item could not be delivered on July 1, 2020 at 10:26 am in GAINESVILLE, FL 32608. It was held for the required number of days and is being returned to the sender.

## Alert

July 1, 2020 at 10:26 am
Unclaimed/Being Returned to Sender
GAINESVILLE, FL 32608

**Get Updates**  ⌄

Feedback

---

**Text & Email Updates**  ⌄

---

**Tracking History**  ⌃

July 1, 2020, 10:26 am
Unclaimed/Being Returned to Sender
GAINESVILLE, FL 32608
Your item could not be delivered on July 1, 2020 at 10:26 am in GAINESVILLE, FL 32608. It was held for the required number of days and is being returned to the sender.

---

June 15, 2020, 2:05 pm
Notice Left (No Authorized Recipient Available)
GAINESVILLE, FL 32608

<div style="border:2px solid black; display:inline-block; padding:4px;">

**EXHIBIT**

**1**

</div>

USPS.com® - USPS Tracking® Results

**June 15, 2020, 7:10 am**
Out for Delivery
GAINESVILLE, FL 32608

---

**June 15, 2020, 3:49 am**
Arrived at Unit
GAINESVILLE, FL 32608

---

**June 14, 2020, 5:11 am**
Arrived at USPS Regional Facility
GAINESVILLE FL DISTRIBUTION CENTER

---

**June 13, 2020, 11:17 pm**
Departed USPS Regional Facility
JACKSONVILLE FL DISTRIBUTION CENTER

---

**June 13, 2020, 12:54 pm**
Arrived at USPS Regional Facility
JACKSONVILLE FL DISTRIBUTION CENTER

---

**June 12, 2020**
In Transit to Next Facility

---

**June 11, 2020, 7:51 pm**
Departed USPS Regional Facility
KANSAS CITY MO DISTRIBUTION CENTER

---

**June 11, 2020, 10:42 am**
Arrived at USPS Regional Facility
KANSAS CITY MO DISTRIBUTION CENTER

---

Feedback

**Product Information** ∧

**Postal Product:**

**Features:**
Certified Mail™

Case: 4:20-cv-00278-JAR   Doc. #: 31-1   Filed: 07/10/20   Page: 3 of 3 PageID #: 226

**See Less ∧**

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback