**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ENTERPRISE BANK AND TRUST | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:20-cv-00278 |
| | ) | |
| JACKSON C. MAY, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ADDITIONAL PAGES

Plaintiff Enterprise Bank and Trust ("Enterprise Bank"), request for approval of additional pages for its Response in Opposition to Defendant Jack C. May's ("May") Motion to Dismiss or Transfer, states as follows:

1.      Enterprise Bank respectfully asks the Court for an Order allowing it to exceed the page limit stated in Local Rule 4.01(d) by 10 additional pages (for a total page limit not to exceed 25 pages) in its Response in Opposition to Defendant's Motion to Dismiss.

2.      The additional pages are necessary because Enterprise Bank's Opposition is effectively an opposition to two motions in that it includes arguments against dismissal *and* transfer.

3.      Further, the legal background of this case includes a myriad of filings across multiple jurisdictions; the additional page length ensures the Court is adequately advised of this factual background.

4.      Enterprise Bank's request is made in good faith, will not prejudice either party, will not prolong this matter before the Court and is not made for any improper purpose.

5.      Enterprise Bank conferred with Defendant's counsel regarding this request; Defendant's counsel does not object to this requested extension.

6.      WHREFORE, Enterprise Bank respectfully requests the Court permit it to file Suggestions in Opposition to Defendant's Motion to Dismiss that exceeds the page limit set by Local Rule 4.01(d) by 10 pages.

Dated:  August 27, 2020.

Respectfully Submitted,
/s/ Carly D. Duvall
Nathan A. Orr
Missouri Bar # 49836
Peter L. Riggs
Missouri Bar #57268
Carly D. Duvall
Missouri Bar # 61925
Spencer Fane LLP
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
Telephone:  816-474-8100
Facsimile:  816-474-3216
norr@spencerfane.com
priggs@spencerfane.com
cduvall@spencerfane.com

Attorneys for Plaintiff Enterprise Bank & Trust

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of August, 2020, I electronically filed the foregoing through the Court's CM/ECF system which will send notifications to all counsel of record.

/s/ Carly D. Duvall
Attorney for Plaintiff Enterprise Bank & Trust

2

WA 15346637.2